JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARNEY NG, an individual, | ) CASE NO. CV 12-8942 MMM (AJWx) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT FOR DEFENDANTS |
| WELLS FARGO FOOTHILL LLC, a Delaware limited liability company; WELLS FARGO CAPITAL FINANCE, LLC, a Delaware limited liability company; WELLS FARGO BANK, N.A.; and DOES 1-50 | ) |
| Defendants. | |

On July 30, 2013, the court granted defendants' motion to dismiss plaintiff Barney Ng's complaint with prejudice. Accordingly,

IT IS ORDERED AND ADJUDGED

    1. That plaintiff Barney Ng take nothing by way of his complaint; and

    2. That the action be, and it hereby is, dismissed.

DATED: July 30, 2013

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE